

SIGNED THIS 4th day of April, 2025

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

| In re: Thomas James Prieur | CASE NO.   25-50080 |
|---|---|
| Debtor(s) | CHAPTER   13 |

### ORDER DISMISSING CASE WITH RESTRICTIONS

Upon notice and hearing to consider whether to dismiss this case and impose conditions and for good cause shown, it is

ORDERED

that this case and all related pending motions and adversary proceedings arising therein, unless on appeal, are hereby **DISMISSED.  Pursuant to 11 U.S.C. § 349, it is further**

ORDERED

that **Thomas James Prieur is hereby prohibited from filing a new petition in this Court under any Chapter for a period of 365 days from the date of this Order**.  It is further

ORDERED

that **any new petition in this Court filed by Thomas James Prieur is further conditioned upon the payment of all outstanding filing fees owed to this Court as of the date of the filing of any new petition**.  It is further

ORDERED

that upon the trustee filing a final report herein, the same shall be deemed approved without further order.  The trustee's bond shall be released and the trustee discharged from further liability herein unless proper objection is made to said final report within thirty (30) days after filing of same or such extended time as may be granted upon proper application made within said thirty (30) day period.  If the Discharge Order has been issued, the same is rescinded.

If the case is a Chapter 13 case, it is further

O R D E R E D

that the employer, if heretofore ordered to do so, shall cease making deductions from debtor(s)' wages to be paid to the trustee.

Service of a copy of this Order shall be by mail to the debtor(s), attorney for the debtor(s), trustee, employer, if applicable, U.S. Trustee, and all parties on the current mailing matrix.

***END OF ORDER***

VAN03

United States Bankruptcy Court

Western District of Virginia

| | |
|---|---|
| In re: | Case No. 25-50080-rbc |
| Thomas James Prieur | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0423-5　　　　　　　　　　　User: admin　　　　　　　　　　　Page 1 of 2

Date Rcvd: Apr 04, 2025　　　　　　　　　Form ID: pdf003　　　　　　　　Total Noticed: 6

The following symbols are used throughout this certificate:
**Symbol　　Definition**

\+　　　　　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Thomas James Prieur, 3790 Davis Road, Penn Laird, VA 22846-9653 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5296668 | + | Email/Text: bkl@firstcitizens.com | Apr 04 2025 21:25:00 | First Citizens Bank, Central Bank Operations-DAC02, P.O. Box 27131, Raleigh, NC 27611-7131 |
| 5300253 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 04 2025 21:27:54 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5298067 | | Email/Text: bnc-quantum@quantum3group.com | Apr 04 2025 21:25:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5296667 | + | Email/Text: bkteam@selenefinance.com | Apr 04 2025 21:25:00 | Selene, P.O. Box 8619, Philadelphia, PA 19101-8619 |
| 5299260 | + | Email/Text: RASEBN@raslg.com | Apr 04 2025 21:25:00 | U.S. BANK TRUST NATIONAL ASSOCIATION, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 06, 2025　　　　　　　　　　　Signature:　　/s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Angela M. Scolforo (499275) | ascolforo@cvillech13.net |
| Margaret K Garber | Margaret.K.Garber@usdoj.gov  USTPRegion04.RN.ECF@usdoj.gov |
| USTrustee | USTPRegion04.RN.ECF@usdoj.gov |

TOTAL: 3